No. 526. Chicago, Milwaukee, St. Paul & Pacific Railroad Co. et al. *v.* Chicago, Rock Island & Pacific Railway Co. et al. January 10, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. M. L. Bluhm, John N. Hughes,*

and *A. N. Whitlock* for petitioners. *Messrs. Marcus L. Bell, W. F. Peter, J. G. Gamble,* and *A. B. Howland* for respondents.